STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant, HERNANDEZ-HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JAVIER HERNANDEZ-HERRERA, <br> Defendant. | No. CR 12-00423-LHK <br> No. CR 12-00766-LHK <br><br> **[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |

1. Mr. Hernandez was indicted on May 30, 2012, for a violation of 8 U.S.C. § 1326 (case number 12-00423-LHK). Thereafter, on October 24, 2012, Mr. Hernandez was separately indicted for a violation of 21 U.S.C. § 841 (a)(1) (No. CR 12-00766-LHK). Both matters are currently scheduled for a status hearing before this Court on April 3, 2013.

2. On March 27, 2013, some new facts came to the attention of Counsel for Mr. Hernandez, which could be very significant to the ultimate disposition of the charges alleged in case No. CR 12-00766-LHK. Both Counsel for Mr. Hernandez and the government agree that these facts need to be fully investigated before the parties can proceed with further discussions regarding a resolution of the case. To the extent that a simultaneous disposition of both cases is

STIPULATION TO CONTINUE; [PROPOSE] ORDER
CASE NOS. CR 12-00423-LHK/CR 12-00766-LHK    3

1  anticipated, the parties believe that it would be helpful if case No. CR 12-00423-LHK was also
2  continued.
3      3. There is good cause for the requested continuance, and the "ends of justice" served by
4  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 3 to May 8, 2013, is excluded
6  pursuant to section 3161 (h)(7)(A).
7      5. The status hearing in this matter shall be continued to May 8, 2013, at 9:00 a.m.
8
9      IT IS SO ORDERED.

10  Dated: ____4/1/13_____    _____
11      HON. LUCY H. KOH
    United States District Judge